**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>In re:<br><br>WEISS MULTI-STRATEGY ADVISERS LLC, et al.,[1]<br><br>Debtors.</td><td>Chapter 11<br><br>Case No. 24-10743 (LGB)<br><br>(Jointly Administered)</td></tr>
<tr><td>WEISS MULTI-STRATEGY ADVISERS LLC,<br>Plaintiff,<br>vs.<br><br>INTERTRUST CORPORATE AND FUND SERVICES, LLC,<br><br>Defendant.</td><td>Adversary No. 26-01033 (LGB)</td></tr>
<tr><td>WEISS MULTI-STRATEGY ADVISERS LLC,<br>Plaintiff,<br>vs.<br><br>BLOOMBERG FINANCE L.P.,,<br><br>Defendant.</td><td>Adversary No. 26-01035 (LGB)</td></tr>
<tr><td>WEISS MULTI-STRATEGY ADVISERS LLC,<br>Plaintiff,<br>vs.<br><br>SALESFORCE, INC.,<br>Defendant.</td><td>Adversary No. 26-01027 (LGB)</td></tr>
</table>

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Weiss Multi-Strategy Advisers LLC ("WMSA") (7518); GWA, LLC ("GWA") (7079); OGI Associates LLC ("OGI") (4493); and Weiss Special Operations LLC ("WSO") (7626). The location of Debtor Weiss Multi-Strategy Advisers LLC's principal place of business was previously 320 Park Avenue, 20th Floor, New York, New York 10022 and the Debtors' service address in these Chapter 11 Cases is P.O. Box 2857, Meriden, Connecticut 06450.

**ORDER APPROVING SETTLEMENTS OF CERTAIN ADVERSARY PROCEEDINGS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon the motion (the "Motion") [ECF No. 515] of Weiss Multi-Strategy Advisers LLC, as debtor and debtor-in-possession (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order approving settlements of certain adversary proceedings; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and the Court having reviewed the Motion and all papers filed in support thereof; and no objection having been received; and a Certificate of No Objection having been filed [ECF No. 525] and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is **GRANTED** in all respects; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 9019, the following settlements are approved as fair, equitable, reasonable, and in the best interests of the Debtor, its estate, and creditors:

(a) the settlement of W*eiss Multi-Strategy Advisers LLC v. Intertrust Corporate and Fund Services, LLC*, Adv. Pro. No. 26-01033 (LGB), pursuant to which Intertrust Corporate and Fund Services, LLC shall pay the Debtor the sum of $22,100;

(b) the settlement of *Weiss Multi-Strategy Advisers LLC v. Bloomberg Finance L.P.*, Adv. Pro. No. 26-01035 (LGB), pursuant to which Bloomberg Finance L.P. shall pay the Debtor the sum of $17,250; and

(c) the settlement of *Weiss Multi-Strategy Advisers LLC v. Salesforce, Inc.*, Adv. Pro. No. 26-01027 (LGB), pursuant to which Salesforce, Inc. shall pay the Debtor the sum of $10,000;

and it is further

**ORDERED**, that the Debtor is authorized and empowered to take all actions necessary or appropriate to consummate and implement the settlements approved herein; and it is further

**ORDERED**, that upon entry of this Order, the settlement payments previously delivered to the escrow account of Debtor's counsel may be released to and retained for the benefit of the Debtor's estate in accordance with the terms of the settlements; and it is further

**ORDERED**, that the Debtor is authorized to dismiss with prejudice each of the following adversary proceedings:

(i) *Weiss Multi-Strategy Advisers LLC v. Intertrust Corporate and Fund Services, LLC*, Adv. Pro. No. 26-01033 (LGB);

(ii) *Weiss Multi-Strategy Advisers LLC v. Bloomberg Finance L.P.,* Adv. Pro. No. 26-01035 (LGB); and

(iii) *Weiss Multi-Strategy Advisers LLC v. Salesforce, Inc.,* Adv. Pro. No. 26-01027 (LGB);

with each party to bear its own costs and expenses except as otherwise agreed by the parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the settlements approved hereby.

Dated: New York, New York
August 18, 2026

***/s/ Lisa G. Beckerman***
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE